

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Omar Enrique Serrano Martinez

**Civil Action No.** 26-cv-01859-LL-MMP

**Plaintiff,**

**V.**

see attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is granted.

**Date:** 4/24/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>26-cv-01859-LL-MMP</u>

Jeremy Casey, Warden of Imperial Regional Adult Detention Facility Calexico, CA in their personal and official capacities; Todd Lyons, Acting Director of U.S. Immigration And Customs Enforcement (ICE) in their personal and official capacities; Daniel A. Brightman, Field Ofice Director for San Diego Enforcement and Removal Operations in their personal and official capacities; Rodney S. Scott, Commissioner of U.S. Customs and Boreder Protection (CBP) in their personal and official capacities; Kristi Noem, Secretary of Homeland Security in their personal and official capacities; Pamela Bondi, Attorney General of the United States in their personal and official capacities; President Donald J. Trump, in their personal and official capacities

Respondents